IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.                                        JUDGMENT IN A CIVIL CASE

KIWANTA ALI                  Case No.14-cv-3-wmc
                                                                      11-cr-6-wmc
        Respondent.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that petitioner Kiwanta Ali's

motion for post conviction relief 28 U.S.C. § 2255 is DENIED.


           s/V. Olmo, Deputy Clerk                    5/8/2015
         Peter Oppeneer, Clerk of Court                  Date